## UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| | |
|---|---|
| DAWN R. DROUIN, ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| v. ) | |
| ) | CIVIL NO. 1:14-CV-544-DBH |
| CAROLYN W. COLVIN, ACTING ) | |
| COMMISSIONER, SOCIAL SECURITY ) | |
| ADMINISTRATION, ) | |
| ) | |
| DEFENDANT ) | |

## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On October 2, 2015, the United States Magistrate Judge filed with the court, with copies to counsel, his Report and Recommended Decision.  The plaintiff filed an objection to the Recommended Decision on November 9, 2015.

I realize that the *pro se* plaintiff has requested oral argument.  She has already had oral argument before the Magistrate Judge.  Nothing in her objection to the resulting Report and Recommended Decision raises legal issues that would benefit from further oral argument.  Accordingly the request for oral argument on the objection is **DENIED**.

I have reviewed and considered the Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate

Judge is hereby **ADOPTED**.  The Commissioner's decision is **AFFIRMED**.

**SO ORDERED.**

**DATED THIS 16TH DAY OF NOVEMBER, 2015**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**

2